FILED by C/F   D.C.
ELECTRONIC

**SEPT 16, 2010**

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## CASE NO. 10-20635-CR-LENARD/TURNOFF(s)
18 U.S.C. § 1951(a)
18 U.S.C. § 924(c)(1)(A)
18 U.S.C. § 981(a)(1)(C)
18 U.S.C. § 853

UNITED STATES OF AMERICA

vs.

**RICHARD ABBOTT,**
**RANDAL LANZAS,**
**MIGUEL PAUL HEBBERT, and**
**PATRICK ABBOTT,**

               **Defendants.**

_____/

## SUPERSEDING INDICTMENT

The Grand Jury charges that:

### COUNT 1

From in or around July 2010, the exact date being unknown to the Grand Jury, and continuing

to on or about July 23, 2010, in Miami-Dade County, in the Southern District of Florida, and

elsewhere, the defendants,

**RICHARD ABBOTT,**
**RANDAL LANZAS,**
**MIGUEL PAUL HEBBERT,**
**and**
**PATRICK ABBOTT,**

did knowingly combine, conspire, confederate, and agree with others known and unknown to the

Grand Jury, to obstruct, delay and affect commerce and the movement of any article and commodity

in commerce, by robbery, as the terms "commerce" and "robbery" are defined in Title 18, United States Code, Section 1951(b)(1) and (b)(3), in that the defendants did plan to unlawfully take and obtain property, that is, cash, from the custody and possession of another, against the person's will and by means of actual and threatened force, violence, and fear of injury, in violation of Title 18, United States Code, Section 1951(a).

## COUNT 2

On or about July 1, 2010, in Miami-Dade County, in the Southern District of Florida, the defendants,

**MIGUEL PAUL HEBBERT,**
**and**
**PATRICK ABBOTT,**

did knowingly obstruct, delay and affect commerce and the movement of any article and commodity in commerce, by robbery, as the terms "commerce" and "robbery" are defined in Title 18, United States Code, Section 1951(b)(1) and (b)(3), in that the defendants did unlawfully take and obtain property, that is, cash, from the custody and possession of another at the Family Store, located at 1375 NE 125th Street, North Miami, Florida, against the person's will and by means of actual and threatened force, violence, and fear of injury, in violation of Title 18, United States Code, Sections 1951(a) and 2.

## COUNT 3

On or about July 1, 2010, in Miami-Dade County, in the Southern District of Florida, the defendants,

**MIGUEL PAUL HEBBERT,**
**and**
**PATRICK ABBOTT,**

2

did knowingly use and carry a firearm during and in relation to a crime of violence, and did knowingly possess a firearm in furtherance of a crime of violence, for which the defendants may be prosecuted in a court of the United States, that is, a violation of Title 18, United States Code, Section 1951(a), as set forth in Count 2 of this Superseding Indictment, in violation of Title 18, United States Code, Sections 924(c)(1)(A)(ii) and 2.

## COUNT 4

On or about July 15, 2010, in Miami-Dade County, in the Southern District of Florida, the defendants,

**RANDAL LANZAS,**
**and**
**MIGUEL PAUL HEBBERT,**

did knowingly obstruct, delay and affect commerce and the movement of any article and commodity in commerce, by robbery, as the terms "commerce" and "robbery" are defined in Title 18, United States Code, Section 1951(b)(1) and (b)(3), in that the defendants did unlawfully take and obtain property, that is, cash, from the custody and possession of another at American Worldwide Academy, located at 13215 NW 7th Avenue, North Miami, Florida, against the person's will and by means of actual and threatened force, violence, and fear of injury, in violation of Title 18, United States Code, Sections 1951(a) and 2.

## COUNT 5

On or about July 15, 2010, in Miami-Dade County, in the Southern District of Florida, the defendants,

**RANDAL LANZAS,**
**and**
**MIGUEL PAUL HEBBERT,**

3

did knowingly use and carry a firearm during and in relation to a crime of violence, and did knowingly possess a firearm in furtherance of a crime of violence, for which the defendants may be prosecuted in a court of the United States, that is, a violation of Title 18, United States Code, Section 1951(a), as set forth in Count 4 of this Superseding Indictment, in violation of Title 18, United States Code, Sections 924(c)(1)(A)(ii) and 2.

## COUNT 6

On or about July 15, 2010, in Miami-Dade County, in the Southern District of Florida, the defendants,

**RICHARD ABBOTT,**
**RANDAL LANZAS,**
**and**
**MIGUEL PAUL HEBBERT,**

did knowingly obstruct, delay and affect commerce and the movement of articles in commerce, by robbery, as the terms "commerce" and "robbery" are defined in Title 18, United States Code, Section 1951(b)(1) and (b)(3), in that the defendants did unlawfully take and obtain property, that is, cash, from the custody and possession of another at the Auto Zone, located at 775 N.W. 119th Street, North Miami, Florida, against the person's will and by means of actual and threatened force, violence, and fear of injury, in violation of Title 18, United States Code, Sections 1951(a) and 2.

## COUNT 7

On or about July 15, 2010, in Miami-Dade County, in the Southern District of Florida, the defendants,

**RICHARD ABBOTT,**
**RANDAL LANZAS,**
**and**
**MIGUEL PAUL HEBBERT,**

4

did knowingly use and carry a firearm during and in relation to a crime of violence, and did knowingly possess a firearm in furtherance of a crime of violence, for which the defendants may be prosecuted in a court of the United States, that is, a violation of Title 18, United States Code, Section 1951(a), as set forth in Counts 6 of this Superseding Indictment, in violation of Title 18, United States Code, Sections 924(c)(1)(A)(ii) and 2.

## CRIMINAL FORFEITURE ALLEGATION

a.      The allegations of this Superseding Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendants have an interest.

b.      Upon conviction of any violations of Title 18, United States Code, Sections 1951(a) and 924(c)(1), as alleged in this Superseding Indictment, the defendants, **RICHARD ABBOTT**, **RANDAL LANZAS, MIGUEL PAUL HEBBERT**, and **PATRICK ABBOTT**, shall forfeit to the United States any proceeds traceable to the violations, pursuant to Title 18, United States Code, Section 981(a)(1)(C).

c.      Upon conviction of any violations of Title 18, United States Code, Section 924(c)(1), as alleged in this Superseding Indictment, the defendants, **RICHARD ABBOTT, RANDAL LANZAS, MIGUEL PAUL  HEBBERT,** and **PATRICK ABBOTT**, shall forfeit to the United States any firearm or ammunition involved in or used in the commission of said violation, pursuant to Title 18, United States Code, Section 924(d)(1).

5

All pursuant to Title 18, United States Code, Section 981(a)(1)(C), as incorporated by Title 28, United States Code, Section 2461(c); Title 18, United States Code, 924(d)(1), as incorporated by 28, United States Code, Section 2461(c), and the procedures outlined at Title 21, United States Code, Section 853.

A TRUE BILL

FOREPERSON

WIFREDO A. FERRER
UNITED STATES ATTORNEY

MARIA K. MEDETIS
ASSISTANT UNITED STATES ATTORNEY

6

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

RICHARD ABBOTT,
RANDAL LANZAS,
MIGUEL PAUL HEBBERT, and
PATRICK ABBOTT,

Defendants.

CASE NO.    10-20635-CR-LENARD/TURNOFF(s)

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

New Defendant(s)              Yes  X      No ____
Number of New Defendants              1
Total number of counts                7

**Court Division:** (Select One)

| X Miami | ____ Key West |
| ____ FTL | ____ WPB | ____ FTP |

I do hereby certify that:

1.  I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.  I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.  Interpreter:      (Yes or No)      No
    List language and/or dialect      _____

4.  This case will take      10      days for the parties to try.

5.  Please check appropriate category and type of offense listed below:

    (Check only one)                    (Check only one)

| I | 0 to 5 days | | | | |
|---|---|---|---|---|---|
| II | 6 to 10 days | X | Minor | Petty | |
| III | 11 to 20 days | | | Misdem. | |
| IV | 21 to 60 days | | | Felony | X |
| V | 61 days and over | | | | |

6.  Has this case been previously filed in this District Court? (Yes or No)      Yes
If yes:
Judge : Lenard/Turnoff          Case No.      10-20635-CR-LENARD/TURNOFF
(Attach copy of dispositive order)
Has a complaint been filed in this matter?      (Yes or No)      Yes
If yes:
Magistrate Case No.          USA v. Richard Abbott 10-mj-03122-STB-1; USA v. Lanzas 10-mj-03063-WCT;  USA  v.  Miguel  Paul  Hebbert 10-mj-03063-WCT-2; USA v. Patrick Abbott 10-mj-03064-WCT
Related Miscellaneous numbers:          10-20636-CR-Seitz
Defendant(s) in federal custody as of      R. Abbott 8/5/10; R. Lanzas 7/22/10; M. Hebbert 7/23/10; P. Abbott 7/22/10
Defendant(s) in state custody as of
Rule 20 from the      _____          District of      _____

Is this a potential death penalty case? (Yes or No)      No

7.  Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?      ____ Yes      X No

8.  Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?      ____ Yes      X No

_____
Maria K. Medetis
ASSISTANT UNITED STATES ATTORNEY
Court No. A5501214

*Penalty Sheet(s) attached

REV 4/8/08

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:**  RICHARD ABBOTT

**Case No:**  10-20635-CR-LENARD/TURNOFF(s)

Count 1:

Conspiracy to Commit a Hobbs Act Robbery

Title 18, United States Code, Section 1951(a)

**\*Max. Penalty:**  20 Years' Imprisonment

Count 6:

Hobbs Act Robbery

Title 18, United States Code, Section 1951(a) and 2

**\*Max. Penalty:**  20 Years' Imprisonment

Count 7:

Possession of Firearm in Furtherance of a Crime of Violence

Title 18, United States Code, Section 924(c)(1)(A) and 2

**\*Max. Penalty:** Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution,
special assessments, parole terms, or forfeitures that may be applicable.**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:**  RANDAL LANZAS

**Case No:**      10-20635-CR-LENARD/TURNOFF(s)

Counts 1:

Conspiracy to Commit a Hobbs Act Robbery

Title 18, United States Code, Section 1951(a)

**\*Max. Penalty:**  20 Years' Imprisonment

Counts 4 and 6:

Hobbs Act Robbery

Title 18, United States Code, Section 1951(a) and 2

**\*Max. Penalty:**  20 Years' Imprisonment

Counts 5 and 7:

Possession of Firearm in Furtherance of a Crime of Violence

Title 18, United States Code, Section 924(c)(1)(A) and 2

**\*Max. Penalty:** Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution,
special assessments, parole terms, or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:**  MIGUEL PAUL HEBBERT

**Case No:**   10-20635-CR-LENARD/TURNOFF(s)


Counts 1:

Conspiracy to Commit a Hobbs Act Robbery

Title 18, United States Code, Section 1951(a)

**\*Max. Penalty:**   20  Years' Imprisonment

Counts 2, 4 and 6:

Hobbs Act Robbery

Title 18, United States Code, Section 1951(a) and 2

**\*Max. Penalty:**   20  Years' Imprisonment

Count 3, 5 and 7:

Possession of Firearm in Furtherance of a Crime of Violence

Title 18, United States Code, Section 924(c)(1)(A) and 2

**\*Max. Penalty:** Life Imprisonment


**\*Refers only to possible term of incarceration, does not include possible fines, restitution,
special assessments, parole terms, or forfeitures that may be applicable.**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:**  PATRICK ABBOTT

**Case No:**      10-20635-CR-LENARD/TURNOFF(s)

Count 1:

Conspiracy to Commit a Hobbs Act Robbery

Title 18, United States Code, Section 1951(a)

**\*Max. Penalty:**  20 Years' Imprisonment

Count 2:

Hobbs Act Robbery

Title 18, United States Code, Section 1951(a) and 2

**\*Max. Penalty:**  20 Years' Imprisonment

Count 3:

Possession of Firearm in Furtherance of a Crime of Violence

Title 18, United States Code, Section 924(c)(1)(A) and 2

**\*Max. Penalty:** Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**